ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Attorneys for Plaintiff and Interim Lead Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FTX INVESTORS SEQUOIA CAPITAL LITIGATION | Case No. 3:23-cv-00655-JSC |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF RELATED CASE |
| ALL ACTIONS. | [Pursuant to Civ. L.R. 3-12(a), duplicate original of this notice is being filed in the case listed below.] |
| LEANDRO CABO, ERICA LEEDS, KATHY BIBBY, SEAN FLOOD, and VARDAN BALAYAN. individually and on behalf of all others similarly situated, | Case No. 3:23-cv-02222 |
| Plaintiffs, | |
| v. | |
| SEQUOIA CAPITAL OPERATIONS, LLC, ARMANINO LLP, and PRAGER METIS CPAS, LLC, | |
| Defendants. | |

4862-6802-1859.v1

1  Pursuant to this Court's Order Granting Stipulation of Consolidation (ECF 43) and Civil Local Rule 3-12, Plaintiffs Patrick J. Rabbitte and Mark Girshovich ("Plaintiffs"), hereby file this Notice of Related Case regarding the case styled *Cabo v. Sequoia Capital Operations, LLC*, Case No. 3:23-cv-02222 (N.D. Cal.) currently unassigned (the "*Cabo* case"). The *Cabo* case was filed in this District on May 5, 2023, and relates to the same or substantially similar alleged wrongdoing against defendant Sequoia Capital Operations, LLC ("Sequoia"),[1] on behalf of the same or substantially similar putative class.

DATED: May 9, 2023

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON (admitted *pro hac vice*)
ANNY M. MARTIN (admitted *pro hac vice*)

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN & DOWD LLP
ERIC I. NIEHAUS
BRIAN E. COCHRAN
PATTON L. JOHNSON
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff and Interim Lead Counsel

---

[1]  The *Cabo* case also names as defendants Armanino LLP and Prager Metis CPAs LLC who are not named defendants in either of the underlying complaints that comprise the consolidated action.